I dissent from Part I of the majority opinion. Until the Alabama Supreme Court rules on the issue, I continue to adhere to my opinion that the Constitution and law of the State of Alabama prohibit any racial discrimination in the selection of a juror, regardless of the color of the race involved. Owen v.State, 586 So.2d 958, 962 (Ala.Cr.App. 1990) (Bowen, J., dissenting); Gordon v. State, 587 So.2d 427, 433 (Ala.Cr.App. 1990) (Bowen, J., dissenting); Sosa v. State, 591 So.2d 897,900 (Ala.Cr.App. 1991) (Bowen, J., dissenting). See alsoGovernment of the Virgin Islands v. Forte, 865 F.2d 59 (3d Cir. 1989); Roman v. Abrams, 822 F.2d 214 (2d Cir. 1987). Cf. UnitedStates v. De Gross, 913 F.2d 1417 (9th Cir. 1990) (gender discrimination).
I concur in Part II of the majority opinion.